# UNITED STATES DISTRICT COURT
for the

Middle    District of __TN____

| | |
|---|---|
| State of Tennessee <br> v. <br><br> Clan Dassault a/k/a Clem Dussalt <br> *Defendant* | ) <br> ) <br> )    Case No.   3:15-cr-00034 <br> ) <br> ) |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

     A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

     I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
*Defendant's signature*

---

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
*Defendant's signature*

State of Tennessee consents to the jury-trial waiver:
_____
*Government representative's signature*

Philip A. Kazee
_____
*Government representative's printed name and title*

---

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

S. Delk Kennedy, Jr.
_____
*Printed name of defendant's attorney (if any)*

_____
*Signature of defendant's attorney (if any)*

Date:    5/27/2015      Approved by:    /s/ Joe B. Brown _____
                                                                 *Magistrate Judge's signature*