UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | **JUDGMENT OF ACQUITTAL** |
| v. | ) | |
| | ) | CASE NUMBER: 3:15-cr-00034 |
| | ) | |
| CLAN DASSAULT a/k/a | ) | |
| CLEM DUSSAULT | ) | |

The Defendant was found not guilty. IT IS ORDERED that the
Defendant is acquitted, discharged, and any bond exonerated.


_____
JOE B. BROWN
United States Magistrate Judge

June 15, 2015_____